UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
                                                             :
ACE AMERICAN INSURANCE COMPANY,                              :
NATIONAL UNION FIRE INSURANCE COMPANY,                       :
ARCH INSURANCE COMPANY, CERTAIN                              :
UNDERWRITERS AT LLOYD'S SUBSCRIBING TO                       :    **NOTICE OF REMOVAL**
POLICY NOS. NED436WA3634, 60098A08AA,                        :
PN00177AA001 and AGP076002AA08, GREAT                        :
LAKES REINSURANCE (UK) PLC, GENERAL                          :
SECURITY INDEMNITY COMPANY OF ARIZONA,                       :
and INTERNATIONAL INSURANCE COMPANY OF                       :
HANNOVER LTD., AS SUBROGEES OF KLEEN                         :
ENERGY SYSTEMS, LLC.                                         :
                                                             :
              Plaintiffs,                                    :
                                                             :
     -against-                                               :
                                                             :
KEYSTONE CONSTRUCTION AND MAINTENANCE                        :
SERVICES, INC., BLUEWATER ENERGY                             :
SOLUTIONS, INC., WORLEYPARSONS GROUP,                        :
INC., SPRAGUE ENERGY CORP., ALGONQUIN                        :
GAS TRANSMISSION, LLC, and SIEMENS POWER                     :
GENERATION, INC.                                             :
                                                             :
              Defendants.                                    :    JULY 19, 2011
------------------------------------------------------------ X

Defendant SIEMENS ENERGY, INC., incorrectly sued herein as SIEMENS POWER GENERATION, INC. (hereinafter "Siemens"), by and through its attorneys, NATALE & WOLINETZ, hereby petitions the United States District Court for the District of Connecticut for removal of this case to the District Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Siemens by and through its undersigned counsel, states the following upon information and belief:

1. Siemens, with full reservations of all defenses, including but not limited to improper venue and failure to state a cause of action for which relief can be granted, hereby gives notice that this case is hereby removed from the Connecticut Superior Court, Judicial District of Middlesex at Middletown, to the United States District Court for the District of Connecticut. Docket Number MMX-CV-11-6005479-S has been assigned to this case by the Connecticut Superior Court, J.D. of Middlesex at Middletown.

2. Plaintiffs, Ace American Insurance Company, National Union Fire Insurance Company, Arch Insurance Company, Certain Underwriters at Lloyd's Subscribing to Policy Nos. NED436WA3634, 60098A08AA, PN00177AA001 and AGP076002AA08, Great Lakes Reinsurance (UK) PLC, General Security Indemnity Company of Arizona, and International Insurance Company of Hannover LTD., As Subrogees of Kleen Energy Systems, LLC, filed this subrogation lawsuit claiming damages for insurance payments made to Kleen Energy Systems, LLC, as a result of losses and damages suffered during a February 7, 2010 power plant explosion.

3. A copy of the Summons and Complaint dated June 16, 2011 was returned to Court in this matter on or about June 27, 2011, with a supplemental return being filed on or about July 18, 2011, naming the following defendants: Keystone Construction and Maintenance Services, Inc., Bluewater Energy Solutions, Inc., WorleyParsons Group, Inc., Sprague Energy Corp., Algonquin Gas Transmission, LLC, and Siemens.

4. A copy of the Summons and Complaint was served upon Siemens on July 11, 2011, attached hereto as **Exhibit A.** Defendant Algonquin Gas Transmission, LLC was served on June 20, 2011. Defendant Sprague Energy Corp. was served on June 20, 2011. Defendant WorleyParsons Group, Inc. was served on June 20, 2011.

Defendant Keystone Construction and Maintenance Services, Inc. was served on June 22, 2011. Defendant Bluewater Energy Solutions, Inc. was served on June 20, 2011.

5. No other pleadings, process or orders have been filed in this matter.

6. This Notice of Removal is based on diversity jurisdiction, which exists over any civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of costs and interest, and the action is between citizens of different states. 28 U.S.C. § 1332(a). Diversity jurisdiction exists only where there is complete diversity, which occurs when none of the defendants (served or not) is a citizen of the same state as any of the plaintiffs. *Id.* A corporation is a "citizen" both of the state in which it was incorporated and of the state where it has its principal place of business. 28 U.S.C. §1332(c)(1).

7. Despite plaintiffs' failure to state a dollar amount in the Complaint, there is reasonable probability that the amount in controversy is greater than $75,000. Paragraph 20 of the Complaint states, *inter alia*, that a gas blow at the Kleen Energy Power Plant on February 7, 2010 caused "a massive explosion resulting in deaths, injuries, and *millions of dollars* of property damage." (Emphasis added). The allegations in paragraph 21 note that "the Plaintiff Insurers had in full force and effect insurance policies insuring Kleen Energy Systems, LLC against loss and damage to the power plant under construction in Middletown, Connecticut." Paragraph 22 confirms that "the Plaintiff Insurers pursuant to the respective policies have paid Kleen pursuant to the terms of their policies and will be obligated to make additional payments in the future." Notably, the Complaint seeks money damages, costs and punitive damages. Based

3

upon these allegations, there is reasonable probability that the amount in controversy is greater than $75,000.

8. Plaintiffs and Defendants in the subject action enjoy complete diversity.

9. Plaintiff Ace American Insurance Company is a Pennsylvania corporation with its principal place of business in Pennsylvania.

10. Plaintiff National Union Fire Insurance Company is a Pennsylvania corporation with its principal place of business in New York.

11. Plaintiff Arch Insurance Company is a Missouri corporation with its principal place of business in New York.

12. Plaintiff Certain Underwriters at Lloyd's Subscribing to Policy Nos. NED436WA3634, 60098A08AA, PN00177AA001 and AGP076002AA08 are foreign organizations and underwriters of insurance policies. Lloyd's is comprised of a group of syndicates acting by and through their appointed active underwriters and with a principal place of business located at 1 Lime Street, London, England EC3M 7HA.

13. Plaintiff Great Lakes Reinsurance (UK) PLC is a foreign corporation with its principal place of business in London, England.

14. Plaintiff General Security Indemnity Company of Arizona is an Arizona corporation with its principal place of business in New York.

15. Plaintiff International Insurance Company of Hannover LTD., As Subrogees of Kleen Energy Systems, LLC is an insurance company registered in England with a principal place of business located at 1 Arlington Square, Bracknell, England RG12 1WA.

16. None of the defendants are citizens of the State of Connecticut.

17. Defendant Keystone Construction and Maintenance Services, Inc. is a Massachusetts corporation with its principal place of business in Massachusetts.

18. Defendant Bluewater Energy Solutions, Inc. is a Georgia corporation with its principal place of business in Georgia.

19. Defendant WorleyParsons Group, Inc. is a Delaware corporation with its principal place of business in Texas.

20. Defendant Sprague Energy Corp. is a Delaware corporation with its principal place of business in New Hampshire.

21. Defendant Algonquin Gas Transmission, LLC is a Delaware corporation with its principal place of business in Texas.

22. Defendant Siemens is a Delaware corporation with its principal place of business in Florida.

23. Since the amount in controversy is greater than $75,000 and plaintiffs and defendants are citizens of different states, this Court has original (diversity) jurisdiction over this case pursuant to 28 U.S.C. § 1332.

24. Under 28 U.S.C. § 1446 (b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." See also Whitaker v. Am. Telecasting, Inc., 261 F.3d 196, 205-206 (2d Cir. 2001).

25. Siemens timely files this notice of removal within the thirty day period required by 28 U.S.C. § 1446 (b).

26. In cases removed pursuant to 28 U.S.C. § 1441 (b), "the defendants in the state court action must consent to the removal, and the notice of removal must be signed by all of the defendants, although other forms of manifest consent may be acceptable." *Bank of Am. Nat'l Ass'n v. Derisme*, NO. 3:10cv900 (MRK), 2010 U.S. Dist. LEXIS 82361 at *25 (D. Conn. Aug. 13, 2010) (citing 14C Charles Alan Wright & Arthur R. Miller, Federal Practice and Federal Procedure § 3730, at 440 (4th ed. 2009)).

27. As evidenced by the signatures pages attached hereto, all defendants have consented to the removal of the subject matter to the United States District Court for the District of Connecticut.

28. Venue is proper in this District under 28 U.S.C. § 1441(a) because the territory assigned to the United States District Court for the District of Connecticut under 28 U.S.C. Section 86 embraces the Judicial District of Middlesex at Middletown.

29. Siemens will promptly file a copy of this notice of removal with the Clerk of the State Court in which the action has been pending.

30. Siemens has not previously sought to remove this action.

31. If any question arises as to the propriety of the removal of this action, the removing party requests the opportunity to present a brief and oral argument in support of this Court's subject matter jurisdiction.

32. In the event the Court determines that additional information is necessary to confirm the amount in controversy, the proper remedy is to allow initial discovery in federal court to provide the information. *See Steele v. Underwriter's Adjusting*

*Company, Inc.*, 649 F. Supp. 1414 (M.D. Ala. 1986) and Rule 26 of the Federal Rules of Civil Procedure.

WHEREFORE, defendant SIEMENS ENERGY, INC., incorrectly sued herein as SIEMENS POWER GENERATION, INC., respectfully requests that this case be removed to this court.

        Respectfully submitted,
        SIEMENS ENERGY, INC.

        By Its Attorneys,
        NATALE & WOLINETZ

By: /s/ Anthony J. Natale
        Anthony J. Natale (ct08451)
        Natale & Wolinetz
        750 Main Street - Suite 600
        Hartford, Connecticut 06103
        Tel. No. (860) 525-0400
        Fax No. (860) 525-0460
        anatale@natalelawfirm.com
        *Attorneys for Siemens Energy, Inc.*

Defendant Keystone Construction and Maintenance Services, Inc. consents to the removal of this action to the United States District Court for the District of Connecticut.

By: _____
Sheila Burke
Owner, Keystone Construction and Maintenance Services, Inc.

Defendant Bluewater Energy Solutions, Inc. consents to the removal of this action to the United States District Court for the District of Connecticut.

By: _____
Christopher J. Sochacki, Esq.
Litchfield Cavo LLP
40 Tower Lane – Suite 200
Avon, Connecticut 06001
Phone (860) 255-5577
Fax (860) 255-5566
sochacki@litchfieldcavo.com
Attorneys for Bluewater Energy Solutions, Inc.

STEPHEN K. BARNETT
GENERAL COUNSEL
BLUEWATER ENERGY SOLUTIONS, INC.
3459 ACWORTH DUE WEST RD.
ACWORTH GA 30101
TEL: 678 428 4692 (CELL)
678 594 2058 (OFFICE)
SBARNETT@BWES1.COM

9

Defendant WorleyParsons Group, Inc. consents to the removal of this action to the United States District Court for the District of Connecticut.


By: _____
David Eric Rosengren, Esq.
McElroy Deutsch Mulvaney & Carpenter/PH
One State Street – 14th Floor
Hartford, Connecticut 06103
Phone (860) 522-5175
Fax (860) 522-2796
drosengren@mdmc-law.com
*Attorneys for WorleyParsons Group, Inc.*

10

Defendant Algonquin Gas Transmission, LLC consents to the removal of this action to the United States District Court for the District of Connecticut.

By: _____
Maureen D. Cox, Esq.
Carmody & Torrance
50 Leavenworth St., P.O. Box 1110
Waterbury, Connecticut 06721
Phone (203) 573-1200
Fax (203) 575-2600
mcox@carmodylaw.com
*Attorneys for Algonquin Gas Transmission, LLC*

11

Defendant Sprague Energy Corp. consents to the removal of this action to the United States District Court for the District of Connecticut.

By: *[signature: Kathi Battles]*
Katherine Battles, Esq.
Sprague Energy Corp.
Portsmouth Office (Corporate Headquarters)
Two International Drive, Suite 200
Portsmouth, NH 03801
Phone (603) 430-5302
kbattles@spragueenergy.com
*Attorneys for Sprague Energy Corp.*

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, this 19th day of July, 2011, to the following counsel of record:

Stuart G. Blackburn, Esq.
The Law Offices of Stuart G. Blackburn
Two Concorde Way, Bldg 3C
P.O. Box 608
Windsor Locks, CT 06096
*Attorney for Plaintiffs*

Thomas P. Lambert, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
lambert@halloran-sage.com
*Attorneys for Keystone Construction and Maintenance Services, Inc.*

Christopher J. Sochacki, Esq.
Litchfield Cavo LLP
40 Tower Lane – Suite 200
Avon, Connecticut 06001
Phone (860) 255-5577
Fax (860) 255-5566
sochacki@litchfieldcavo.com
*Attorneys for Bluewater Energy Solutions, Inc.*

Stephen K. Barnett, Esq.
General Counsel
Bluewater Energy Solutions, Inc.
3459 Acworth Due West Road
Acworth, GA 30101
Phone (678) 428-4692
Fax (678) 594-2058
sbarnett@bwes1.com
*Attorneys for Bluewater Energy Solutions, Inc.*

David Eric Rosengren, Esq.
McElroy Deutsch Mulvaney & Carpenter/PH
One State Street – 14th Floor
Hartford, Connecticut 06103
Phone (860) 522-5175
Fax (860) 522-2796
drosengren@mdmc-law.com
*Attorneys for WorleyParsons Group, Inc.*


Maureen D. Cox, Esq.
Carmody & Torrance
50 Leavenworth St., P.O. Box 1110
Waterbury, Connecticut 06721
Phone (203) 573-1200
Fax (203) 575-2600
mcox@carmodylaw.com
*Attorneys for Algonquin Gas Transmission, LLC*


Katherine Battles, Esq.
Sprague Energy Corp.
Portsmouth Office (Corporate Headquarters)
Two International Drive, Suite 200
Portsmouth, NH 03801
Phone (603) 430-5302
kbattles@spragueenergy.com
*Attorneys for Sprague Energy Corp.*


Christopher L. Jefford, Esq.
Trebach & Crociata LLP
200 Portland Street – Suite 400
Boston, MA 02114
Phone (617)426-3900
Fax (617) 426-0380
cjefford@bonnerkiernan.com
*Attorneys for Sprague Energy Corp.*


                                           /s/ Anthony J. Natale
                                           Anthony J. Natale