UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, : | |
| NATIONAL UNION FIRE INSURANCE COMPANY | CIVIL ACTION NO.: |
| ARCH INSURANCE COMPANY, CERTAIN : | 3:11 cv-1136(SRU) |
| UNDERWRITERS AT LLOYD' SUBSCRIBING TO | |
| POLICY NOS. NED436WA3634, 60098A08AA, : | |
| PN00177AA001 and AGP076002AA08, GREAT | |
| LAKES REINSURANCE(UK) PLC, GENERAL : | |
| SECURITY INDEMNITY COMPANY OF ARIZONA, | |
| and INTERNATIONAL INSURANCE COMPANY : | |
| OF HANNOVER LTD., AS SUBROGEES OF KLEEN | |
| ENERGY SYSTEMS, LLC. : | |
| | |
| Plaintiffs, : | |
| vs. : | |
| | |
| KEYSTONE CONSTRUCTION AND MAINTENANCE : | |
| SERVICES, INC., BLUEWATER ENERGY | |
| SOLUTIONS, INC., WORLEYPARSONS GROUP, INC. : | |
| SPRAGUE ENERGY CORP., ALGONQUIN GAS | |
| TRANSMISSION, LLC., SIEMENS ENERGY INC., f/ka/ | |
| SIEMENS POWER GENERATION, INC, SIEMENS AG : | |
| AND SPECTRA ENERGY, INC. | |
| | |
| Defendants, : | |
| vs. : | |
| | |
| KLEEN ENERGY SYSTEMS, LLC : | |
| | |
| Third-Party Defendant. : | |
| | DECEMBER 12, 2011 |
_____:

**SPRAGUE OPERATING RESOURCES LLC 'S MOTION TO STRIKE
PORTIONS OF THIRD-PARTY DEFENDANT, KLEEN ENERGY SYSTEMS,
LLC'S ANSWER AND AFFIRMAITVE DEFENSES TO ITS THIRD-PARTY
COMPLAINT**

**ORAL ARGUMENT REQUESTED**

Pursuant to Federal Rule of Civil Procedure Rule 12(a) and Local Rule 7, Defendant/Third-Party Plaintiff, Sprague Operating Resources LLC f/n/a Sprague Energy Corp. ("Sprague") moves to strike as insufficient portions of Third Party Defendant, Kleen Energy Systems, LLC's ("Kleen") Answer and Affirmative Defenses dated November 23, 2011 to its Third-Party Complaint (Doc. No. 123). Portions of Count One, paragraphs 6, 7, 9, 10, 13, 14, and portions of the Wherefore clause should be stricken because they are insufficient, redundant, immaterial, impertinent, non-responsive and/or scandalous. The same paragraphs in Count Two that were incorporated therein by Kleen and Count Two, paragraphs 18, 19 and portions of the Wherefore clause should be stricken because they are insufficient, redundant, immaterial, impertinent, non-responsive and/or scandalous. Kleen's purported Affirmative defenses are insufficient and improper and also should be stricken.

**WHEREFORE**, for the foregoing reasons and for the reasons more fully stated in the accompanying Memorandum of Law, the Defendant/Third-Party Plaintiff, Sprague, respectfully requests that the Court strike as insufficient the above referenced portions of Kleen's Answer and Affirmative Defenses dated November 23, 2011 to its Third-Party Complaint.

**DEFENDANT/THIRD-PARTY PLAINTIFF,**

**SPRAGUE OPERATING RESOURCES LLC
f/n/a Sprague Energy Corp.**

By its attorney,

/s/ Christopher L. Jefford

_____

Christopher L. Jefford, Esq.
Bonner Kiernan Trebach & Crociata, LLP
100 Pearl Street, 14th Floor
Hartford, CT 06103
800-840-5087
fax (860) 249-8800
Federal I.D. No.: 26975
cjefford@bonnerkiernan.com

**CERTIFICATE OF SERVICE**

       I, Christopher L. Jefford, hereby certify that on December 12, 2011 a true copy of the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                        /s/ Christopher L. Jefford\_\_\_
                                        Christopher L. Jefford