UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, et. al., | : : : | Docket No. 3:11-cv-01136-SRU |
| Plaintiffs, | : : | |
| vs. | : : | |
| KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., et. al., | : : : | |
| Defendants, | : : | |
| vs. | : : | |
| KLEEN ENERGY SYSTEMS, LLC, | : : | |
| Third-Party Defendant. | : | December 20, 2011 |

**THIRD-PARTY DEFENDANT KLEEN ENERGY SYSTEM'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO THIRD-PARTY PLAINTIFF SPRAGUE ENERGY CORPORATION'S MOTION TO STRIKE**

NOW COMES Third-Party Defendant, Kleen Energy Systems, LLC ("Kleen"), by and through its attorneys, Law Offices of Stuart G. Blackburn and Denenberg Tuffley, PLLC. Pursuant to Local Rule 7(b), Kleen respectfully requests that this Court grant it a 15 day extension of time (up to and including January 17, 2012 -- January 16 is a Court holiday) in which to file a Memorandum in Opposition to Defendant/Third-Party Plaintiff Sprague Energy Corporation's (now known as Sprague Operating Resources LLC)("Sprague") Motion to Strike portions of Kleen's Answer and Affirmative Defenses [Docket No. 137]. The grounds for this Motion are as follows:

1

1. On December 12, 2011, Sprague filed a Motion to Strike [Docket No. 137], accompanied by a Memoranda of Law [Docket No. 138].

2. Pursuant to Local Rule 7(a)(1), Kleen must file a Memorandum in Opposition to this Motion by January 2, 2012.

3. Given the unresolved issue of whether, based on jurisdictional grounds, this litigation can remain in this Court (the subject of an Order to Show Cause which may be addressed at today's telephonic Status Conference), Kleen's counsel has understandably delayed commencing work on preparing a Memorandum in Opposition to Sprague's Motion. Coupled with the upcoming holidays, and the press of other matters, the current January 2, 2012 deadline for responding to Sprague's Motion cannot reasonably be met despite all due diligence by Kleen's counsel.

4. If this Court grants this Motion, Kleen's Memorandum in Opposition to Sprague's Motion will be due on January 17, 2012.

5. Kleen's counsel have inquired of counsel for Sprague (Christopher L. Jefford), and he has consented to the relief requested in this Motion.

6. This is the first request for extension of time Kleen has made regarding the deadline for filing a Memorandum in Opposition to Sprague's Motion to Strike.

WHEREFORE, for the foregoing reasons, Third-Party Defendant Kleen respectfully requests this Court grant its Motion, and give Kleen an additional fifteen (15) days -- until

January 17, 2012 -- to file a Memorandum in Opposition to Defendant/Third-Party Plaintiff Sprague's Motion to Strike [Docket No. 137].

    Respectfully Submitted,

    THIRD-PARTY DEFENDANT KLEEN ENERGY SYSTEMS, LLC

    By:    /s/ Jeffrey R. Learned
         Jeffrey R. Learned
         *Admitted Pro Hac Vice 8/15/11*
         DENENBERG TUFFLEY, PLLC
         28411 Northwestern Highway, Suite 600
         Southfield, MI 48034
         PH - (248) 549-3900
         FX - (248) 593-5808
         jlearned@dt-law.com

         -and-

    Stuart G. Blackburn
    Juris No. 413638
    LAW OFFICES OF STUART G. BLACKBURN
    Two Concorde Way
    P.O. Box 608
    Windsor Locks, CT 06096
    PH - (860) 292-1116
    FX - (860) 292-1221
    sgblackburn@sgblackburn.com

    Attorneys for Third-Party Defendant Kleen Energy Systems, LLC

# CERTIFICATION

I hereby certify that on December 20, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    /s/ Jeffrey R. Learned
Jeffrey R. Learned
*Admitted Pro Hac Vice 8/15/11*
DENENBERG TUFFLEY, PLLC
28411 Northwestern Highway, Suite 600
Southfield, MI 48034
PH - (248) 549-3900
FX - (248) 593-5808
jlearned@dt-law.com

Attorneys for Third-Party Defendant Kleen Energy Systems, LLC