UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., et al.,<br><br>    Defendants. | Civil Action No.<br>3:11-cv-01136-SRU<br><br><br><br><br>NOVEMBER 5, 2012 |

### CONSENT MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT

Pursuant to Local Rule of Civil Procedure 7(b), the defendant, Spectra Energy, Inc. [*sic*], hereby requests that the time to respond to the plaintiffs' Fourth Amended Complaint, dated October 24, 2012, be extended until November 30, 2012. Additional time is needed for the defendant to properly respond to the allegations of the Fourth Amended Complaint. The undersigned represents that plaintiffs' counsel has been contacted and consents to the granting of this motion.

WHEREFORE, the defendant respectfully requests until November 30, 2012, to respond to the Fourth Amended Complaint.

DEFENDANT,
SPECTRA ENERGY, INC. [sic]

*[signature]*

Maureen Danehy Cox
Richard L. Street
Todd R. Michaelis
Federal Bar No. ct28821
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203.573.1200
Fax:    203.575.2600
E-mail: mcox@carmodylaw.com
rstreet@carmodylaw.com
tmichaelis@carmodylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*[signature]*

Todd R. Michaelis