UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY, ARCH INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, GREAT LAKES REINSURANCE (UK) PLC, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, and INTERNATIONAL INSURANCE COMPANY OF HANNOVER LTD., AS SUBROGEES OF KLEEN ENERGY SYSTEMS, | : | |
| v. | : | 3:11CV1136 (SRU) |
| KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., BLUEWATER ENERGY SOLUTIONS, INC., WORLEYPARSONS GROUP, INC., SPRAGUE ENERGY CORP., ALGONQUIN GAS TRANSMISSION, LLC, SIEMENS ENERGY INC., f/k/a/ SIEMENS POWER GENERATION, INC., SIEMENS AG and SPECTRA ENERGY, INC. | : | |

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants Siemens AG and Spectra Energy Inc.'s motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motions and after a hearing held on February 27, 2013, the motions were granted in open court. On February 27, 2013, defendants Keystone Construction and Maintenance Services, Inc., Bluewater Energy Solutions, Inc., WorleyParsons Group, Inc., and Algonquin Gas Transmission, LLC were dismissed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of February 2013.

                        ROBIN D. TABORA, Clerk

                By    /s/ Barbara Sbalbi
                        Deputy Clerk

Entered on Docket _____